**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| [1] GLENN L. REIMER,      ) | |
|         ) | |
|      Plaintiff,     ) | |
|         ) | |
| v.     ) | Case No.:  CIV-20-233-J |
|         ) | |
| [1] UNITED STATES,     ) | |
|         ) | |
|      Defendant.    ) | |

## C O M P L A I N T

### JURISDICTION AND VENUE

1. Venue is proper under 28 U.S.C. § 1402(b) because the acts or omissions complained of occurred within Oklahoma City.  A substantial part of the events leading to Glenn L. Reimer's injuries occurred in Oklahoma City.

2. The VA Medical Center of Oklahoma City is an agency of the United States.

3. This Court has jurisdiction pursuant to (a) 28 U.S.C. § 1331 (Federal Question Jurisdiction) and (b) 28 U.S.C. § 2671 *et sequitur* (Federal Tort Claims Act).

4. Plaintiff timely notified the U.S. Department of Veterans Affairs of his claim on July 8, 2019.  At least six months has passed since that date.  Pursuant to 28 U.S.C. § 2675, Plaintiff's Complaint is timely filed.

### CAUSE OF ACTION

5. Plaintiff hereby adopts and incorporates the previous allegations as if fully restated.

6. Defendant had a duty to provide services within the medical standard of care.

Defendant breached that duty. Defendant's breach of duty caused injury to Glenn L. Reimer.

7. Basheer A. Shakir, M.D., was at all pertinent times during Glenn L. Reimer's medical treatment an employee of the Veterans Administration, acting within the scope of employment.

8. All of the physicians, nurses, and staff members who participated in Glenn Reimer's lumbar surgery at the VA Medical Center in Oklahoma City on or about October 26, 2018, were employees of the United States acting within the scope of their employment.

9. Plaintiff relied upon Defendant and its employees for his medical care and his well-being.

10. On or about October 26, 2018, Glenn L. Reimer underwent lumbar decompression surgery at the VA Medical Center in Oklahoma City.

11. Defendant and its employees negligently caused and contributed to physical injuries to Mr. Reimer during decompression of the lumbar spine.

12. During the procedure, the nerves which innervate Glenn Reimer's right foot were injured due to the negligence of the Defendant's employees.

13. The acts and omissions of Defendant, acting through its employees and agents, caused and substantially contributed to the injuries to Glenn L. Reimer.

14. Defendant did not adequately inform Plaintiff of the risks and options relating to

the alternative courses of treatment.  If Glenn L. Reimer, had been fully informed, he would have chosen a different course of treatment.

15.    The aforesaid medical care was within the control of the Defendant.  Plaintiff was injured as a result of the aforesaid negligent medical care. Patients under similar circumstances do not ordinarily suffer an injury such as Plaintiff suffered without negligence.  Plaintiff specifically relies on the theory of *res ipsa loquitur*.

## PRAYER FOR RELIEF

16.    As a result of the negligence of Defendant and its employees, Glenn L. Reimer, was seriously injured.

17.    WHEREFORE, Plaintiff prays as follows:

a)    That process issue and that Defendant be served as provided by law;

b)    That Plaintiff recover judgment for medical expenses (past and future), pecuniary losses, loss of income, lost earning capacity, pain and suffering, physical disability, loss of mobility, rehabilitation, home modifications and transportation needs, mental anguish, incidental damages, and all other damages which are recoverable;

c)    That Plaintiff have judgment against Defendant in amounts to be determined upon the evidence, and other damages determined upon the evidence by the enlightened conscience

of the fact finder;

d)      That all costs of this action be cast against Defendant; and

e)      That Plaintiff have such other and further relief as this Court

deems just and proper.

                Respectfully submitted,


                /s/ L. Mark Bonner
                EMMANUEL E. EDEM - OBA #2614
                L. MARK BONNER - OBA #14541
                Norman & Edem, PLLC
                Renaissance Centre East
                127 N.W. 10th Street
                Oklahoma City, OK 73103-4927
                405-272-0200
                405-272-1055 (fax)

                **ATTORNEYS LIEN CLAIMED**

4